McCALEB, HAWTHORNE and SANDERS, JJ., are of the opinion a writ should be granted.

■

199 So.2d 919

**L–M COMPANY, Inc., et al.**

**v.**

**Robert P. BLANCHARD and The Louisiana Land and Exploration Company et al.**

**No. 48740.**

June 6, 1967.

In re: Mrs. Marion Pfeifer, wife of Louis Abramson, Jr., et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Terrebonne.

Writ refused.

The judgment is not final.